PER CURIAM.
AND NOW, this 7th day of August, 2018, the Petition for Allowance of Appeal is GRANTED. The issues, rephrased for clarity, are:
a. Does Birchfield v. North Dakota, ___ U.S. ___, 136 S.Ct. 2160, 195 L.Ed.2d 560 (2016), apply retroactively where the petitioner challenges the legality of his sentence through a timely petition for post-conviction relief?
b. Does Birchfield v. North Dakota, ___ U.S. ___, 136 S.Ct. 2160, 195 L.Ed.2d 560 (2016), render enhanced criminal penalties for blood test refusal under 75 Pa.C.S. §§ 3803-3804 illegal?